# IN THE MISSOURI COURT OF APPEALS
## APRIL 1, 2014
## WESTERN DISTRICT

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b) AND ISSUED PER CURIAM**

| | |
|---|---|
| WD75620 | Victor R. Hernesto vs. State of Missouri |
| WD76022 | Scott Eckert vs. State of Missouri |
| WD76326 | Walter Ross vs. State of Missouri |
| WD76337 | Lisa Shannon vs. Marshall Schools and Division of Employment Security |
| WD76398 | Leo Demarcus Roland vs. State of Missouri |
| WD76475 | Nathaniel T. Messer vs. Cynthia Jean Messer |
| WD76650 | Ronald McKinley vs. Treasurer of the State of Missouri-Custodian of the Second Injury Fund |
| WD76686 | In The Interest Of: D.L.M., N.J.M., R.M.M., T.D.M. Juvenile Officer vs. R.L.M. (Father) |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b) AND ISSUED PER CURIAM**

----------------------------------------------------------------------------------------------------

| | |
|---|---|
| WD76399 | State of Missouri vs. Dominick Parks |
| WD75204 | State of Missouri vs. Oscar Guillermo Perez |